IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW R. PERRONG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPPORT AMERICAN LEADERS PAC, *et al.* | : | NO. 21-3263 |

**O R D E R**

**AND NOW,** this 4th day of November, 2021, it is hereby **ORDERED** that the Motion to Extend Time for Service (document 3) is **GRANTED**. The Clerk of Court is directed to reissue summons in this matter.

BY THE COURT:

_____
Berle M. Schiller, J.