IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrew R. Perrong<br>1657 The Fairway #131<br>Jenkintown, PA 19046<br><br>     Plaintiff<br><br>vs.<br><br>Support American Leaders PAC,<br>et al.<br><br>     Defendants. | Case No. 2:21-cv-03263<br><br>JURY TRIAL DEMANDED |

**MOTION FOR PERMISSION TO USE ECF/EFILING**

Plaintiff ANDREW PERRONG respectfully moves for leave of the court to permit *pro se* registration for filing via ECF for the above-captioned case. Plaintiff has reviewed all applicable requirements, local rules, and has the requisite equipment and understanding of ECF. Plaintiff already possesses a PACER login. Plaintiff consents to electronic service of documents. Plaintiff agrees to abide by all applicable rules and requirements concerning the use of ECF. Plaintiff already has an ECF login and has been granted access to and used ECF responsibly in past cases before this court.

Dated: **November 8, 2021**

                                                                               Andrew R. Perrong
                                                                               *Plaintiff Pro-Se*
                                                                1657 The Fairway #131
                                                                Jenkintown, PA 19046
                                                                   Phone: 215-791-6957
                                                            Facsimile: 888-329-0305
                                                           andyperrong@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrew R. Perrong<br>1657 The Fairway #131<br>Jenkintown, PA 19046<br><br>　　　　Plaintiff<br><br>vs.<br><br>Support American Leaders PAC,<br>et al.<br><br>　　　　Defendants. | Case No. 2:21-cv-03263<br><br><br>JURY TRIAL DEMANDED |

## **PROPOSED ORDER:**

The Court has considered Plaintiff's Motion for Permission to use ECF/EFiling. Finding that good cause exists, the Motion is GRANTED. Plaintiff shall have the above-captioned case added to his ECF account. The Clerk of Court is directed to add the case to Plaintiffs ECF account and provide Plaintiff access to ECF for the above-captioned case.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Berle M. Schiller, J.

