## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW R. PERRONG** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SUPPORT AMERICAN LEADERS PAC**, *et al.* | : | **NO.  21-3263** |

## O R D E R

And now, this 9th day of December, 2021, upon consideration of the *pro se* motion for permission to electronically file documents in this case (document 5), it is **ORDERED** that:

1.  In accordance with Local Civil Rule 5.1.2, subsection 4(b), the motion is **GRANTED** and plaintiff Perrong shall electronically file documents in this case only, and will receive electronic notification of filings from the court and other parties in this case.

2.  Andrew R. Perrong must register for an individual PACER account by following the instructions at:

    https://www.paed.uscourts.gov/documents/CMECF/IndividualPacer.pdf.

3.  After registering for an individual PACER account, plaintiff Perrong must register for an ECF E-filer account by following the instructions at:

    https://www.paed.uscourts.gov/documents/CMECF/PacerEfiler.pdf.

4.  If plaintiff Perrong has not already provided the Clerk's Office with an email address for purposes of service of documents in this case, Perrong is directed to provide the Clerk's Office with an email address for service of documents by sending an email to PAED_Documents@paed.uscourts.gov.

**BY THE COURT:**

**Berle M. Schiller, J.**