IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW R. PERRONG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPPORT AMERICAN LEADERS PAC, *et al.* | : | NO. 21-3263 |

**O R D E R**

**AND NOW,** this 6th day of June, 2022, it is hereby **ORDERED** that this case be **DISMISSED** without prejudice for lack of prosecution. In addition, the Clerk is directed to close this case for statistical purposes.

BY THE COURT:

_____
Berle M. Schiller, J.